## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| | : | |
| **YAXCAL BA, HERMAN** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMISON, J.L. Warden, Federal** | : | **No. 26-cv-5103** |
| **Detention Center, Philadelphia, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **23rd** day of **July 2026**, upon review of Petitioner Herman Yaxcal Ba's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), Respondents' Letter Dated July 22, 2026 (ECF No. 3), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025), which Respondents concede are not materially distinguishable, *see* ECF No. 3 at 1–2, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner is thirty-nine (39) years old.  ECF No. 1 ¶ 1.  Petitioner, a native citizen of Guatemala, entered the United States in 2018.  ECF No. 1 ¶¶ 1, 18.  After his entry in 2018, Petitioner was detained by Department of Homeland Security**

("DHS").  *Id.* ¶ 19.  **After his brief detention, Petitioner was subject to removal proceedings before being released to Philadelphia to live with his wife and child.**  *Id.*  **Thereafter, Petitioner applied for asylum and appeared for routine immigration proceedings.**  *Id.* ¶ 21.  **When Petitioner's asylum application was denied in 2022, he promptly appealed.**  *Id.*  **His appeal remains pending.**  *Id.*  **Since then, Petitioner has worked to support his family and made community for himself here, in Philadelphia.**  *Id.* ¶ 20.  **Further, upon review of the Petition and the Response, the record reflects that Petitioner has had no criminal interventions to date.  ECF No. 3.  Petitioner was detained by DHS on July 20, 2026.**  *Id.*  **¶ 12.**

3. **Because Petitioner is being held in custody at the Federal Detention Center in Philadelphia in violation of the laws and the Constitution of the United States, he is to be IMMEDIATELY RELEASED.**

4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **July 24, 2026 at 4:00 P.M.**

6. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**